928

No. 87–444.   SMEGAL ET AL. *v.* GATEWAY FOODS OF MINNE-
APOLIS, INC., ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 87–457.   DUNSTER ET AL. *v.* METROPOLITAN DADE COUNTY
ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–467.   PENNSYLVANIA *v.* NELSON.   Sup. Ct. Pa.   Cer-
tiorari denied.

No. 87–471.   HEILGEIST *v.* SUPREME COURT OF WISCONSIN.
Sup. Ct. Wis.   Certiorari denied.

No. 87–473.   GENINA MARINE SERVICES, INC. *v.* MOBIL OIL
EXPLORATION & PRODUCTION SOUTHEAST, INC.   Ct. App. La.,
1st Cir.   Certiorari denied.

No. 87–475.   RODNITE ET UX. *v.* GRAHAM, GOVERNOR OF
FLORIDA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–479.   ENERGY COOPERATIVE, INC., BY STEINBERG,
TRUSTEE *v.* PHILLIPS PETROLEUM CO.   C. A. 7th Cir.   Certio-
rari denied.

No. 87–493.   SATO *v.* UNITED STATES.   C. A. 7th Cir.   Cer-
tiorari denied.

No. 87–500.   STEPHENS *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 87–501.   LENNON *v.* UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 87–503.   GANOE ET AL. *v.* LUMMIS, TEMPORARY ADMINIS-
TRATOR OF THE ESTATE OF HUGHES, ET AL.   App. Div., Sup. Ct.
N. Y., 4th Jud. Dept.   Certiorari denied.

No. 87–511.   VACCARO *v.* UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 87–528.   LACHANCE *v.* UNITED STATES.   C. A. 11th Cir.
Certiorari denied.